# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 26, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

133469

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellee,

v                                                   SC: 133469
                                                    COA: 274816
                                                    St. Clair CC: 05-000254-FH
CARL DOUGLAS JOHNSON,
    Defendant-Appellant.

_____/

On order of the Court, the application for leave to appeal the February 6, 2007 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 26, 2007

d0618

_____
Clerk